No. 73–960. MARSHALL *v.* TEXAS. Appeal from Ct. Civ. App. Tex., 14th Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 73–1517. BALTIMORE COUNTY ET AL. *v.* CHURCHILL, LTD., ET AL. Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. 73–6518. CRANDALL *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 73–6519. WINKFIELD *v.* OHIO. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.

No. 73–1483. SIMMONS ET AL. *v.* GORTON, ATTORNEY GENERAL OF WASHINGTON, ET AL.; and
No. 73–1484. FRITZ ET AL. *v.* GORTON, ATTORNEY GENERAL OF WASHINGTON, ET AL. Appeals from Sup. Ct. Wash. Motion of Association of Washington Business, Inc., for substitution of representative of class party or in the alternative for leave to intervene in No. 73–1484 denied. Appeals dismissed for want of substantial federal question.

No. 73–6220. DIGGS *v.* BERZAK, CHAIRMAN, BOARD OF APPEALS AND REVIEW, U. S. CIVIL SERVICE COMMISSION, ET AL. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.